UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 20-65** |
| v. | * | SECTION: "L"(4) |
| **ASHTON J. RYAN, JR.**<br>**FRANK J. ADOLPH**<br>**FRED V. BEEBE** | *<br><br>* | |

\* \* \*

**GOVERNMENT'S *EX PARTE* MOTION AND INCORPORATED MEMORANDUM TO EXPEDITE HEARING ON ITS MOTION *IN LIMINE* TO AUTHENTICATE AND ADMIT FDIC, IRS, AND BUSINESS RECORDS**

**NOW INTO COURT**, comes the United States of America, appearing herein through the undersigned Assistant United States Attorneys, and respectfully moves this Court to expedite the hearing on its Motion *In Limine* to Authenticate and Admit FDIC, IRS, and Business Records.

The government's motion seeks to admit records prior to trial as public records and business records. Trial is scheduled to begin in this case on January 9, 2023. The government has sought stipulations to this evidence in accordance with the Court's deadlines; however, defendant Fred V. Beebe has declined to agree to any stipulations. In order to have this matter determined prior to trial, it is necessary to expedite the hearing on this motion.

For the foregoing reasons, the government requests that the Court grant this motion and set an expedited hearing on the government's Motion *In Limine* to Authenticate and Admit FDIC, IRS, and Business Records (Rec. Doc. 868).

        Respectfully submitted,

        DUANE A. EVANS
        UNITED STATES ATTORNEY

        */s/ Matthew R. Payne*
        MATTHEW R. PAYNE
        NICHOLAS D. MOSES
        J. RYAN McLAREN
        RACHAL CASSAGNE
        Assistant United States Attorneys
        U.S. Attorney's Office (E.D. La.)
        650 Poydras Street, Suite 1600
        New Orleans, Louisiana 70130
        Telephone: (504) 680-3000
        E-Mail: Matthew.Payne@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of December, 2022, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to ECF-registered counsel of record.

        */s/ Matthew R. Payne*
        MATTHEW R. PAYNE
        Assistant United States Attorney