STATE OF MISSISSIPPI

COUNTY OF HARRISON

# AFFIDAVIT
## OF CUSTODIAN OF RECORDS

**Customer Name as described in Subpoena;**

Kenneth Charity, et al

**Case No.** 2016R00260-047

DOL# 10203-A

PERSONALLY CAME AND APPEARED before me, notary public in and for the aforesaid county/parish and state, Nikki Lizana; Legal Specialist (name/title) and states as follows:

1. That the Affiant is a duly authorized custodian of the records of the Deposit Services Department, Hancock Bank | Whitney Bank and has authority to certify the records of said Bank.

2. That the copies of the records provided with this Affidavit are true and correct copies of the original records, kept in the ordinary course of business, represented thereby.

3. That the records being supplied herewith were prepared by, and/or under the direction of the undersigned by authorized officers of Bank.

4. That the reasonable charges of Hancock Bank | Whitney Bank for furnishing such copies of the records are $27.50.

_____
Affiant's Signature

SWORN TO AND SUBSCRIBED BEFORE ME on this the 4th day of October, 2017.

_____
Notary Public

My Commission Expires:

_____

GOVERNMENT
EXHIBIT

A

## AFFIDAVIT

### Case No. : 2016R00260 - 174

Teresa Waggoner , certifies and declares as follows:

1. I am over the age of 18 years and not a party to this action.
2. My business address is 7610 West Washington Street, Indianapolis, Indiana 46231.
3. I am a Doc Review Sr Specialist II and Custodian of Records for JPMorgan Chase Bank, N.A. in the National Subpoena Processing Department located in Indianapolis, Indiana.
4. Based on my knowledge of JPMorgan Chase Bank, N.A. 's business records practices and procedures, the enclosed records are a true and correct copy of the original documents kept by JPMorgan Chase Bank, N.A. in the ordinary course of business.
5. Based on my knowledge of JPMorgan Chase Bank, N.A. 's business records, practices and procedures, the records were made at or near the time of the occurrence of the matters set forth in the records by, or from information transmitted by a person with knowledge of those matters.
6. It is the regular practice of JPMorgan Chase Bank, N.A. to make such a record of transactions in the ordinary course of business.

I declare under penalty of perjury, under the laws of the State of Indiana, that the foregoing is true and correct.

Dated: 4/18/2018

By: _Teresa Waggoner_

Teresa Waggoner
Doc Review Sr Specialist II
National Subpoena Processing

Sworn to before me this 18th day of April , 20 18

_Brandi Henderson_
Notary Public

2/23/26

Commission Expires

BRANDI HENDERSON
Marion County
My Commission Expires
February 23, 2026

SD_SwornDocumentExecution_000139080103
SB921100-F1

Bank of America Legal Order Processing
Regarding reference number: D110717000231
Court case number: 2016R00260
Court or issuer: US ATTORNEY'S OFFICE
Court case name: KENNETH CHARITY

**AFFIDAVIT OF BANK OF AMERICA BANK OFFICER AND/OR CUSTODIAN OF RECORDS**
Before me, the undersigned authority, personally appeared,
Jennifer Adkins
Who, being duly sworn by me, deposes and says as follows:

1.) **Authority.** I, Jennifer Adkins, am a duly authorized bank officer and/or custodian of the records of Bank of America N.A with authority to execute this affidavit and certify to the authenticity and accuracy of the records produced with this affidavit.

2.) **Records.** The records produced herewith by Bank of America, N.A. are original documents or are true copies of records of a regularly conducted banking activity that:
    a.) Were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;
    b.) Were made and kept in the course of regularly conducted banking activity by Bank of America, N.A. personnel or by persons acting under their control; and
    c.) Were made and kept by the regularly conducted activity of Bank of America N.A. as a regular practice, on or about the time of the act, condition, or event recorded.

**Additional Comments:**
 Note: Some items may be produced electronically.

| Account title: | Account number ending in: | Document type: | Timeframe: |
|---|---|---|---|
| KENNETH J CHARITY MIA C. ROBERTS POD CAROLYN CHARITY | 2711 | Signature Card, Statement Pages, Wires | 11/2010 - 10/2017 |
| KENNETH J CHARITY MIA C ROBERTS POD CAROLYN CHARITY | 7541 | Signature Card, Statement Pages | 11/2010 - 10/2017 |
| KENNETH J CHARITY MIA C ROBERTS POD CAROLYN CHARITY | 0447 | Signature Card, Statement Pages | 11/2010 - 10/2017 |
| KENNETH J CHARITY | 1253 | Access History | 01/2007 - 05/2017 |
| KENNETH J CHARITY | 1209 | Application, Statement Pages | 04/2017 - 07/2017 |
| KENNETH J CHARITY POD CAROLYN V CHARITY | 2475 | Signature Card, Statement Pages | 08/2015 - 10/2017 |
| MOUNT VERNON INTERNAL MEDICINE | 8062 | Application, Statement Pages, Payments | 02/2012 - 10/2017 |
| STEPHANIE D CARTER | 9791 (converted from 0934 and 6503) | Statement Pages, Payments | 02/2013 - 10/2017 |
| STEPHANIE D CARTER | 4878 | Signature Card, Statement Pages | 10/2010 - 09/2017 |
| STEPHANIE D CARTER | 4881 | Signature Card, Statement Pages, Credits, Debits | 10/2010 - 09/2017 |
| STEPHANIE D CARTER | 0900 | Statement Pages | 07/2017 - 10/2017 |

3.) **Production.**
_____ The records produced herewith (together with any banking records produced by Bank of America N.A. previously in response to the subject request, order, or subpoena) constitute a complete production of bank records responsive to the subject request order or subpoena (or a complete production under the terms of a subject request, order, subpoena as subsequently limited by the issuer).
**OR**
_____ A thorough search has been conducted and no records could be located that are responsive to the subject request, order, or subpoena.

USAO-0000006717

4.) I declare under penalty of perjury that the foregoing is true and correct.

Date: 11/16/17          Signature: _____

The above named Bank of America N.A. bank officer and/or custodian of records is known to me (or satisfactorily proven) to be the person who subscribed the within document and acknowledged to me that he/she executed the same for the purposes stated there in.

_____ Signer is personally known to me.

_____ Signer has produced the following identification: _____

Sworn to and subscribed before me this _16_ day of _November 2017_. In witness thereof I have set my hand and official seal.

_____
Signature of Notary Public in and for
State of DE
City/County of Newark/New Castle

SEAN C RASH
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires Feb. 17, 2018

## CERTIFICATION PURSUANT TO
## RULES 803(6) AND 902(11) OF THE FEDERAL RULES OF EVIDENCE

I, the undersigned business records custodian, with the understanding that I am subject to criminal penalty under the laws of the United States for an intentionally false declaration, declare that:

I am a Custodian of Records or other qualified person with *Latter & Blum Real Estate*

and by reason of my position am authorized and qualified to make this declaration.

The attached are records of: *The Sale of property @ 78255 Old Military Rd.*
*Covington, La. 70435*

Account No(s): *MLS# 928835*

in the name(s) of: *MD 78255, LLC*

for the time period(s) *7/26/12* through *10/24/12*

*(Both in Original in Scanned docs.)*

**(Attach next sheet if necessary)**

I further declare that the documents attached hereto are original records or true copies of records which:

    a.    were made at or near the time of the occurrence of the matters set forth therein, by (or from information transmitted by) a person with knowledge of those matters;

    b.    were kept in the course of regularly conducted business activity;

    c.    were made by the said business activity as a regular practice; and

    d.    if not original records, are duplicates of original records.

*Michael C. Murray*
SIGNATURE
Print Name: *Michael C. Murray*

Title: *Corporate Services Manager*

Executed on this *21* day of *June*, 20*18*.

Sworn to and subscribed before me this *21* day of *June*, 20*18*.

NOTARY PUBLIC
*Joseph S. Pappalardo, LA. Bar Roll # 10320*
*My commission is issued for life*

                    USAO-0000061860

LatterBlum-000001

USAO-0000061861



**MICHAEL C. MURRAY**
Office Services Manager

Office          (504) 525-1311, Ext. 326
N.O. Direct (504) 569-9326
Cell            (504) 957-9326          Fax      (504) 569-9402
                                         E-mail   mmurray@latterblum.com
430 Notre Dame St., New Orleans, LA 70130-3610



## CERTIFICATION PURSUANT TO
## RULES 803(6) AND 902(11) OF THE FEDERAL RULES OF EVIDENCE

I, the undersigned business records custodian, with the understanding that I am subject to criminal penalty under the laws of the United States for an intentionally false declaration, declare that:

I am a Custodian of Records or other qualified person with _Entercom Louisiana, LLC_

and by reason of my position am authorized and qualified to make this declaration.

The attached are records of: _recordings of 57 aired advertisements on WWL-AM 870/FM 105.3_

Account No(s): _____

in the name(s) of: _____

for the time period(s) _____ through _____.

**(Attach next sheet if necessary)**

I further declare that the documents attached hereto are original records or true copies of records which:

    a.    were made at or near the time of the occurrence of the matters set forth therein, by (or from information transmitted by) a person with knowledge of those matters;

    b.    were kept in the course of regularly conducted business activity;

    c.    were made by the said business activity as a regular practice; and

    d.    if not original records, are duplicates of original records.

SIGNATURE _____
Print Name: MICHAEL E. DASH
SENIOR VICE PRESIDENT

Title: _____

Executed on this 10ᵗʰ day of July, 20 19.

Sworn to and subscribed before me this 10ᵗʰ day of July, 20 19.

_Andrea H. Levenson_
NOTARY PUBLIC

Commonwealth of Pennsylvania - Notary Seal
Andrea H. Levenson, Notary Public
Montgomery County
My commission expires October 15, 2022
Commission number 1193865
Member, Pennsylvania Association of Notaries

STATE OF MISSISSIPPI

COUNTY OF HARRISON

### AFFIDAVIT
### OF CUSTODIAN OF RECORDS

**Customer Name as described in Subpoena;**

<u>Ashton Ryan Jr., et. al.</u>

**Case No.2016R00260-046**

DOL# <u>10204</u>

      PERSONALLY CAME AND APPEARED before me, notary public in and for the aforesaid county/parish and state,

         Brianna West, Legal Specialist

and states as follows:

1. That the Affiant is a duly authorized custodian of the records of the <u>Deposit Services Department</u>, Hancock Bank | Whitney Bank and has authority to certify the records of said Bank.

2. That the copies of the records provided with this Affidavit are true and correct copies of the original records, kept in the ordinary course of business, represented thereby.

3. That the records being supplied herewith were prepared by, and/or under the direction of the undersigned by authorized officers of Bank.

4. That the reasonable charges of Hancock Bank | Whitney Bank for furnishing such copies of the records are <u>$55.00</u>.

                                          Affiant's Signature

SWORN TO AND SUBSCRIBED BEFORE ME on this the 4 day of October, 2017.

                                          Notary Public

My Commission Expires:

STATE OF MISSISSIPPI
NOTARY PUBLIC
ID # 117326
JACQUELINE N. NORTHRUP
Commission Expires
08/07/2020
HARRISON COUNTY

Rev. JAN 2017

2016R00260 - 071

## CERTIFICATION PURSUANT TO
## RULES 803(6) AND 902(11) OF THE FEDERAL RULES OF EVIDENCE

I, the undersigned business records custodian, with the understanding that I am subject to criminal penalty under the laws of the United States for an intentionally false declaration, declare that:

I am a Custodian of Records or other qualified person with First Bank + Trust and by reason of my position am authorized and qualified to make this declaration.

The attached are records of: First Bank + Trust ,

~~Account~~ No(s): Personal Financial Statements ,

in the name(s) of: Ashtun Ryan ,

for the time period(s) _____ through _____ .

**(Attach next sheet if necessary)**

I further declare that the documents attached hereto are original records or true copies of records which:

    a.    were made at or near the time of the occurrence of the matters set forth therein, by (or from information transmitted by) a person with knowledge of those matters;

    b.    were kept in the course of regularly conducted business activity;

    c.    were made by the said business activity as a regular practice; and

    d.    if not original records, are duplicates of original records.

SIGNATURE
Print Name: Charles Blackwell

Title: Compliance Officer

Executed on this 16 day of October , 2017.

Sworn to and subscribed before me this 16th day of October, 2017.

NOTARY PUBLIC

GARY J. MCNAMARA
Notary Public
State of Louisiana
Louisiana Bar Roll # 21355
Commission is issued for Life

2016R00260 - 071

The attached are records of: First Bank + Trust ,

Account No(s).: TCy Returnos ,

in the name(s) of: Ashton Ryan ,

for the time period(s) _____ through _____ .


The attached are records of: First Bank + Trust ,

Account No(s).: 100159021 ,

in the name(s) of: Ashton Ryan ,

for the time period(s) _____ through _____ .


The attached are records of: First Bank & Trust ,

Account No(s).: _____ ,

in the name(s) of: Ashton Ryan's Personnal Records ,

for the time period(s) _____ through _____ .


The attached are records of: _____ ,

Account No(s).: _____ ,

in the name(s) of: _____ ,

for the time period(s) _____ through _____ .


The attached are records of: _____ ,

Account No(s).: _____ ,

in the name(s) of: _____ ,

for the time period(s) _____ through _____ .

2016R00260 - 071

The attached are records of: First Bank + Trust ,

Account No(s).: 14058232 ,

in the name(s) of: Warren Treme ,

for the time period(s) _____ through _____ .


The attached are records of: First Bank + Trust ,

Account No(s).: 100073494 ,

in the name(s) of: Warren Treme ,

for the time period(s) _____ through _____ .


The attached are records of: First Bank + Trust ,

Account No(s).: 100093852 ,

in the name(s) of: Warren Treme ,

for the time period(s) _____ through _____ .


The attached are records of: First Bank + Trust ,

Account No(s).: 100097089 ,

in the name(s) of: Warren Treme ,

for the time period(s) _____ through _____ .


The attached are records of: First Bank + Trust ,

Account No(s).: 140119306 ,

in the name(s) of: Warren Treme ,

for the time period(s) _____ through _____ .

2016R00260 - 077

The attached are records of: First Bank + Trust ,

Account No(s).: 100073481 ,

in the name(s) of: Warren Treme ,

for the time period(s) _____ through _____ .

The attached are records of: _____ ,

Account No(s).: _____ ,

in the name(s) of: _____ ,

for the time period(s) _____ through _____ .

The attached are records of: _____ ,

Account No(s).: _____ ,

in the name(s) of: _____ ,

for the time period(s) _____ through _____ .

The attached are records of: _____ ,

Account No(s).: _____ ,

in the name(s) of: _____ ,

for the time period(s) _____ through _____ .

The attached are records of: _____ ,

Account No(s).: _____ ,

in the name(s) of: _____ ,

for the time period(s) _____ through _____ .

## CERTIFICATION PURSUANT TO
## RULES 803(6) AND 902(11) OF THE FEDERAL RULES OF EVIDENCE

I, the undersigned business records custodian, with the understanding that I am subject to criminal penalty under the laws of the United States for an intentionally false declaration, declare that:

I am a Custodian of Records or other qualified person with  First Bank & Trust

and by reason of my position am authorized and qualified to make this declaration.

The attached are records of:  First Bank & Trust ,

~~Account~~ No(s):  2005 Board of Directors Meeting .

in the name(s) of:  ,

for the time period(s)  1/2005  through  12/2005 .

**(Attach next sheet if necessary)**

I further declare that the documents attached hereto are original records or true copies of records which:

    a.    were made at or near the time of the occurrence of the matters set forth therein, by (or from information transmitted by) a person with knowledge of those matters;

    b.    were kept in the course of regularly conducted business activity;

    c.    were made by the said business activity as a regular practice; and

    d.    if not original records, are duplicates of original records.

Lisa H. Haley
SIGNATURE
Print Name: Lisa H. Haley

Title: Corp. Administration Manager

Executed on this  16  day of  October , 20 17 .

Sworn to and subscribed before me this  16 day of  October 20 17

NOTARY PUBLIC

Sandra A. Hayden
Notary Public No. 64860
Parish of Plaquemines, State of Louisiana
My Commission is for Life.

2016R00260 - 075

## CERTIFICATION PURSUANT TO
## RULES 803(6) AND 902(11) OF THE FEDERAL RULES OF EVIDENCE

I, the undersigned business records custodian, with the understanding that I am subject to criminal penalty under the laws of the United States for an intentionally false declaration, declare that:

I am a Custodian of Records or other qualified person with **First Bank + Trust** and by reason of my position am authorized and qualified to make this declaration.

The attached are records of: **First Bank + Trust**,

~~Account~~ No(s): **2005 Board of Director Minutes**,

in the name(s) of: _____,

for the time period(s) **1/2005** through **12/2005**.

**(Attach next sheet if necessary)**

I further declare that the documents attached hereto are original records or true copies of records which:

    a.    were made at or near the time of the occurrence of the matters set forth therein, by (or from information transmitted by) a person with knowledge of those matters;

    b.    were kept in the course of regularly conducted business activity;

    c.    were made by the said business activity as a regular practice; and

    d.    if not original records, are duplicates of original records.

_Lisa H. Haley_
SIGNATURE
Print Name: **Lisa H. Haley**

Title: **Corp. Administration Manager**

Executed on this **16th** day of **October**, 20**17**.

Sworn to and subscribed before me this **16th** day of **October**, 20**17**.

_Gary J. McNamara_
NOTARY PUBLIC

**GARY J. MCNAMARA**
**Notary Public**
**State of Louisiana**
**Louisiana Bar Roll # 21355**
**Commission is issued for Life**

## CERTIFICATION PURSUANT TO
## RULES 803(6) AND 902(11) OF THE FEDERAL RULES OF EVIDENCE

I, the undersigned business records custodian, with the understanding that I am subject to criminal penalty under the laws of the United States for an intentionally false declaration, declare that:

I am a Custodian of Records or other qualified person with First Bank + Trust and by reason of my position am authorized and qualified to make this declaration.

The attached are records of: First Bank + Trust ,

Account No(s): 850007147 - Tuition loan ,

in the name(s) of: Ashton Ryan JR. ,

for the time period(s) 6 / 2008 through 4 / 2010 .

**(Attach next sheet if necessary)**

I further declare that the documents attached hereto are original records or true copies of records which:

    a.    were made at or near the time of the occurrence of the matters set forth therein, by (or from information transmitted by) a person with knowledge of those matters;

    b.    were kept in the course of regularly conducted business activity;

    c.    were made by the said business activity as a regular practice; and

    d.    if not original records, are duplicates of original records.

SIGNATURE

Print Name: Charles Blackwell

Title: Compliance Officer

Executed on this 5 day of September, 20 18.

Sworn to and subscribed before me this 5 day of September 20 18.

NOTARY PUBLIC

CHERYL J. DROLLINGER
Notary Public
Parish of Jefferson
State of Louisiana



CHERYL J. DROLLINGER
NOTARY PUBLIC
NO. 89130
JEFFERSON PARISH, LA

2016R00260 - 244

The attached are records of: First Bank + Trust ,

Account No(s).: 594499 ,

in the name(s) of: Ashton J Ryan ,

for the time period(s) _____ through _____ .


The attached are records of: First Bank + Trust ,

Account No(s).: Financials ,

in the name(s) of: Ashton J Ryan Jr ,

for the time period(s) _____ through _____ .


The attached are records of: _____ ,

Account No(s).: 100559024 ,

in the name(s) of: Ashton J Ryan Jr Jolene Ryan ,

for the time period(s) _____ through _____ .


The attached are records of: First Bank+Trust ,

Account No(s).: Personal Records ,

in the name(s) of: _____ ,

for the time period(s) _____ through _____ .


The attached are records of: _____ ,

Account No(s).: _____ ,

in the name(s) of: _____ ,

for the time period(s) _____ through _____ .

First Bank + Trust                              2016R00260 - 244

The attached are records of: _Greg St-Angelo (Lanasa LLC)_ ,

Account No(s).: _100052746_____ ,

in the name(s) of: _Lanasa Stangelo - Lanasa LLC_____ ,

for the time period(s) _2003_____ through _2009_____ .


The attached are records of: _First Bank + Trust_____ ,

Account No(s).: _100038888_____ ,

in the name(s) of: _Gregory J St. Angelo_____ ,

for the time period(s) _2003_____ through _2004_____ .


The attached are records of: _First Bank + Trust_____ ,

Account No(s).: _Gregory J St. Angelo_____ ,

in the name(s) of: _100059922_____ ,

for the time period(s) _2003_____ through _2006_____ .


The attached are records of: _First Bank & Trust_____ ,

Account No(s).: _100059462_____ ,

in the name(s) of: _Gregory J St. Angelo_____ ,

for the time period(s) _2003_____ through _2005_____ .


The attached are records of: _First Bank + Trust_____ ,

Account No(s).: _100060086_____ ,

in the name(s) of: _Gregory J. St. Angelo_____ ,

for the time period(s) _2003_____ through _2006_____ .

2016R00260 - 244

The attached are records of: First Bank + Trust ,

Account No(s).: 100147828 ,

in the name(s) of: Gregory J & Angelo - St Angelo Invest Co LLC

for the time period(s) 2004 through 2006 .


The attached are records of: First Bank + Trust ,

Account No(s).: 100036574 ,

in the name(s) of: St. Angelo Invest, Co. LLC ,

for the time period(s) 2003 through 2004 .


The attached are records of: First Bank + Trust ,

Account No(s).: 100041969 ,

in the name(s) of: St Angelo Invest Co. LLC ,

for the time period(s) 2003 through 2004 .


The attached are records of: First Bank + Trust ,

Account No(s).: 100093189 ,

in the name(s) of: St Angelo Invest. Co.LLC. ,

for the time period(s) 2004 through 2004 .


The attached are records of: First Bank + Trust ,

Account No(s).: 100147828 ,

in the name(s) of: St Angelo Invest Co LLC ,

for the time period(s) 2004 through 2006 .

2016R00260 - 244

The attached are records of: _First Bank + Trust_ ,

Account No(s).: _100094387_ ,

in the name(s) of: _Premier Info Systems D/B/A CheckcareSystems_

for the time period(s) _2004_ through _2008_ .


The attached are records of: _____ ,

Account No(s).: _____ ,

in the name(s) of: _____ ,

for the time period(s) _____ through _____ .


The attached are records of: _____ ,

Account No(s).: _____ ,

in the name(s) of: _____ ,

for the time period(s) _____ through _____ .


The attached are records of: _____ ,

Account No(s).: _____ ,

in the name(s) of: _____ ,

for the time period(s) _____ through _____ .


The attached are records of: _____ ,

Account No(s).: _____ ,

in the name(s) of: _____ ,

for the time period(s) _____ through _____ .

2016R00260 - 244

The attached are records of: David Cook – First Bank + Trust

Account No(s).: David Cook ,

in the name(s) of: 613529 ,

for the time period(s) 2003 through 2004 .


The attached are records of: ,

Account No(s).: ,

in the name(s) of: ,

for the time period(s) through .


The attached are records of: ,

Account No(s).: ,

in the name(s) of: ,

for the time period(s) through .


The attached are records of: ,

Account No(s).: ,

in the name(s) of: ,

for the time period(s) through .


The attached are records of: ,

Account No(s).: ,

in the name(s) of: ,

for the time period(s) through .

2016R00260 - 244

The attached are records of: Barbara Gibbs - First Bank+Trust

Account No(s).: 203408 ,

in the name(s) of: Barbara Gibbs ,

for the time period(s) 2003 through 2005 .


The attached are records of: ,

Account No(s).: ,

in the name(s) of: ,

for the time period(s) through .


The attached are records of: ,

Account No(s).: ,

in the name(s) of: ,

for the time period(s) through .


The attached are records of: ,

Account No(s).: ,

in the name(s) of: ,

for the time period(s) through .


The attached are records of: ,

Account No(s).: ,

in the name(s) of: ,

for the time period(s) through .

2016R00260 - 244

The attached are records of: *Dean Haines - First Bank + Trust* ,

Account No(s).: *100083647* ,

in the name(s) of: *Dean Haines* ,

for the time period(s) *4/2003* through *12/2003* .

The attached are records of: *First Bank + Trust* ,

Account No(s).: *100003475* ,

in the name(s) of: *Dean Haines* ,

for the time period(s) *4/2003* through *11/2003* .

The attached are records of: *First Bank + Trust* ,

Account No(s).: *100006610* ,

in the name(s) of: *Dean Hines* ,

for the time period(s) *2003* through *Jul* .

The attached are records of: ,

Account No(s).: ,

in the name(s) of: ,

for the time period(s) through .

The attached are records of: ,

Account No(s).: ,

in the name(s) of: ,

for the time period(s) through .

The attached are records of: First Bank + Trust ,

Account No(s).: Tax Returns ,

in the name(s) of: Ben Picone ,

for the time period(s) 2003 through .


The attached are records of: ,

Account No(s).: ,

in the name(s) of: ,

for the time period(s) through .


The attached are records of: ,

Account No(s).: ,

in the name(s) of: ,

for the time period(s) through .


The attached are records of: ,

Account No(s).: ,

in the name(s) of: ,

for the time period(s) through .


The attached are records of: ,

Account No(s).: ,

in the name(s) of: ,

for the time period(s) through .

2016R00260 - 244

The attached are records of: BAP Enterprises - First Bank+Trust ,

Account No(s).: 15600 5912 ,

in the name(s) of: BAP Enterprises Inc ,

for the time period(s) 2003 through 2009 .


The attached are records of: First Bank + Trust ,

Account No(s).: 10000 9520 ,

in the name(s) of: BAP Enterprises Inc ,

for the time period(s) 3/2003 through 11/2003 .


The attached are records of: First Bank + Trust ,

Account No(s).: 10000 91148 ,

in the name(s) of: BAP Enterprises Inc ,

for the time period(s) 2003 through 2/20/2009 .


The attached are records of: First Bank & Trust ,

Account No(s).: 100122738 ,

in the name(s) of: BAP Enterprises Inc. ,

for the time period(s) 2003 through 2008 .


The attached are records of: First Bank + Trust ,

Account No(s).: 100141939 ,

in the name(s) of: BAP Enterprises Inc ,

for the time period(s) 2004 through 2008 .

The attached are records of: _First Bank + Trust_ ,

Account No(s).: _100141965_ ,

in the name(s) of: _BAP Enterprises Inc._ ,

for the time period(s) _2005_ through _2009_ .


The attached are records of: _____ ,

Account No(s).: _____ ,

in the name(s) of: _____ ,

for the time period(s) _____ through _____ .


The attached are records of: _____ ,

Account No(s).: _____ ,

in the name(s) of: _____ ,

for the time period(s) _____ through _____ .


The attached are records of: _____ ,

Account No(s).: _____ ,

in the name(s) of: _____ ,

for the time period(s) _____ through _____ .


The attached are records of: _____ ,

Account No(s).: _____ ,

in the name(s) of: _____ ,

for the time period(s) _____ through _____ .

2016R00260 - 244

The attached are records of: _Annadele, Inc. - First Bank+Trust_ ,

Account No(s).: _180073585_ ,

in the name(s) of: _Annadele, Inc  John P Abernethy_ ,

for the time period(s) _____ through _____ .


The attached are records of: _First Bank +Trust_ ,

Account No(s).: _180153678_ ,

in the name(s) of: _Annadele, Inc - John P. Abernethy_ ,

for the time period(s) _2004_ through _2009_ .


The attached are records of: _____ ,

Account No(s).: _____ ,

in the name(s) of: _____ ,

for the time period(s) _____ through _____ .


The attached are records of: _____ ,

Account No(s).: _____ ,

in the name(s) of: _____ ,

for the time period(s) _____ through _____ .


The attached are records of: _____ ,

Account No(s).: _____ ,

in the name(s) of: _____ ,

for the time period(s) _____ through _____ .

2016R00260 - 244

The attached are records of: First Bank + Trust ,

Account No(s).: Financials ,

in the name(s) of: Arthur Picune - ,

for the time period(s) _____ through _____ .


The attached are records of: _____ ,

Account No(s).: _____ ,

in the name(s) of: _____ ,

for the time period(s) _____ through _____ .


The attached are records of: _____ ,

Account No(s).: _____ ,

in the name(s) of: _____ ,

for the time period(s) _____ through _____ .


The attached are records of: _____ ,

Account No(s).: _____ ,

in the name(s) of: _____ ,

for the time period(s) _____ through _____ .


The attached are records of: _____ ,

Account No(s).: _____ ,

in the name(s) of: _____ ,

for the time period(s) _____ through _____ .

## CERTIFICATION PURSUANT TO
## RULES 803(6) AND 902(11) OF THE FEDERAL RULES OF EVIDENCE

I, the undersigned business records custodian, with the understanding that I am subject to criminal penalty under the laws of the United States for an intentionally false declaration, declare that:

I am a Custodian of Records or other qualified person with _First Bank + Trust_ and by reason of my position am authorized and qualified to make this declaration.

The attached are records of: _Ashton Ryan and others_ .

Account No(s): _see attached (DDA's + Credit Cards)_

in the name(s) of: _____ ,

for the time period(s) _January 1, 2003_ through _present_ .

**(Attach next sheet if necessary)**

I further declare that the documents attached hereto are original records or true copies of records which:

    a.    were made at or near the time of the occurrence of the matters set forth therein, by (or from information transmitted by) a person with knowledge of those matters;

    b.    were kept in the course of regularly conducted business activity;

    c.    were made by the said business activity as a regular practice; and

    d.    if not original records, are duplicates of original records.

SIGNATURE
Print Name: _Charles Blackwell_

Title: _Compliance Officer_

Executed on this _5_ day of _September_ 20 _18_.

Sworn to and subscribed before me this _5_ day of _September_ 20 _18_.

_____
NOTARY PUBLIC

CHERYL J. DROLLINGER
Notary Public
Parish of Jefferson
State of Louisiana

2016R00260 - 244

The attached are records of: Ashton Ryan - First Bank +Trust,

Account No(s).: 594499                    ,

in the name(s) of: Ashton J Ryan Trt Julene F Ryan        ,

for the time period(s) _____ through present          .


The attached are records of: Ashton Ryan - First Bank+Trust,

Account No(s).: 23004381                    ,

in the name(s) of: Ryan Fly Foundation            ,

for the time period(s) _____ through present          .


The attached are records of: First Bank +Trust            ,

Account No(s).: 4482 3839 7000 6028  - visa          ,

in the name(s) of: La Nese St Angelo, Gregory J. St Angelo,

for the time period(s) _____ through _____          .


The attached are records of: First Bank +Trust            ,

Account No(s).: 4482 3839 7000 1505 -  visa          ,

in the name(s) of: La Nese St Angelo - Gary St Angelo        ,

for the time period(s) _____ through _____          .


The attached are records of: First Bank + Trust            ,

Account No(s).: 4482 3839 7000 1497  ∨visa          ,

in the name(s) of: Lanese St Angelo - Philip J. Lanese.

for the time period(s) _____ through _____          .

## CERTIFICATION PURSUANT TO
## RULES 803(6) AND 902(11) OF THE FEDERAL RULES OF EVIDENCE

I, the undersigned business records custodian, with the understanding that I am subject to criminal penalty under the laws of the United States for an intentionally false declaration, declare that:

I am a Custodian of Records or other qualified person with _PERSHING LLC_ and by reason of my position am authorized and qualified to make this declaration.

The attached are records of: _ASHTON RYAN JR_,

Account No(s): _3FB-XXX-240_,

in the name(s) of: _ASHTON J. RYAN JR._,

for the time period(s) _1/2010_ through _9/2010_.

**(Attach next sheet if necessary)**

I further declare that the documents attached hereto are original records or true copies of records which:

    a.    were made at or near the time of the occurrence of the matters set forth therein, by (or from information transmitted by) a person with knowledge of those matters;

    b.    were kept in the course of regularly conducted business activity;

    c.    were made by the said business activity as a regular practice; and

    d.    if not original records, are duplicates of original records.

SIGNATURE

Print Name: _Tomra B. Young_

Title: _PARALEGAL_

Executed on this _11th_ day of _May_, 2017.

Sworn to and subscribed before me this _11th_ day of _May_, 2017.

NOTARY PUBLIC

CHENICE BRINSON
Commission # 2219436
Notary Public, State of New Jersey
My Commission Expires
November 05, 2018

The attached are records of: _ASHTON J. RYAN JR._ ,

Account No(s).: _3FB-XXX-257_ ,

in the name(s) of: _ASHTON J. RYAN JR._ ,

for the time period(s) _1/2010_ through _4/2017_ .


The attached are records of: _ASHTON J. RYAN JR._ ,

Account No(s).: _3FB-XXX-599_ ,

in the name(s) of: _IRA FBO ASHTON J. RYAN JR._ ,

for the time period(s) _1/2010_ through _4/2017_ .


The attached are records of: _____ ,

Account No(s).: _____ ,

in the name(s) of: _____ ,

for the time period(s) _____ through _____ .


The attached are records of: _____ ,

Account No(s).: _____ ,

in the name(s) of: _____ ,

for the time period(s) _____ through _____ .


The attached are records of: _____ ,

Account No(s).: _____ ,

in the name(s) of: _____ ,

for the time period(s) _____ through _____ .

USAO-0012817785

CERTIFICATION PURSUANT TO

RULES 803(6) AND 902(11) OF THE FEDERAL RULES OF EVIDENCE

I, the undersigned business records custodian, with the understanding that I am subject to criminal penalty under the laws of the United States for an intentionally false declaration, declare that:

I am the Custodian of Records or other qualified person with <u>First National Bankers Bank</u> and by reason of my position am authorized and qualified to make this declaration.

The attached are records of: <u>First National Bankers Bank</u>,

Account No(s): <u>Loan No: 11439</u>,

In the name(s) of: <u>Ashton J. Ryan, Jr. (SSN XXX-XX-4087)</u>,

For the time period(s) <u>July 13, 2016</u> through <u>April 13, 2017</u>.

**(Additional sheet attached)**

I further declare that the documents attached hereto are original records or true copies of records which:

    a.  Were made at or near the time of occurrence of the matters set forth therein, by (or from information transmitted by) a person with knowledge of these matters;

    b.  Were kept in the course of regularly conducted business activity;

    c.  If not originals, are duplicates of original records.

SIGNATURE

Print Name:   Laura Boudreaux

Title:   Senior Vice President, Compliance

Executed on this <u>7th</u> day of <u>September, 2017</u>.

Sworn to and subscribed before me this <u>7th</u> day of <u>September, 2017</u>.

NOTARY PUBLIC

Allen David, LA Notary Public No. 66765

USAO-0006727944

The attached are records of: <u>First National Bankers Bank</u>                                    ,

Account No(s): <u>Email correspondence – aryanjr@firstnbcbank.com</u>                ,

In the name(s) of: <u>Ashton Ryan, Jr. (SSN XXX-XX-4087)</u>                          ,

For the time period(s) <u>February 2014</u>         through <u>present</u>                    .


The attached are records of: <u>First National Bankers Bank</u>                                    ,

Account No(s): Wires that passed through FNBB for ABA 065005435              ,

In the name(s) of: <u>Ashton Ryan, Jr. as either beneficiary or  originator</u>            ,

For the time period(s) <u>January 3, 2011</u>         through <u>present</u>                    .

2016R00260 - 061

## CERTIFICATION PURSUANT TO
## <u>RULES 803(6) AND 902(11) OF THE FEDERAL RULES OF EVIDENCE</u>

I, the undersigned business records custodian, with the understanding that I am subject to

criminal penalty under the laws of the United States for an intentionally false declaration, declare

that:

I am a Custodian of Records or other qualified person with _Florida Parishes Bank_

and by reason of my position am authorized and qualified to make this declaration.

The attached are records of: _Ashton Joseph Ryan Jr_

Account No(s): _86035537_

in the name(s) of: _Ashton Ryan Jr_

for the time period(s) _1/1/2011_ through _9/2012_

**(Attach next sheet if necessary)**

I further declare that the documents attached hereto are original records or true copies of

records which:

   a.   were made at or near the time of the occurrence of the matters set forth therein, by
(or from information transmitted by) a person with knowledge of those matters;

   b.   were kept in the course of regularly conducted business activity;

   c.   were made by the said business activity as a regular practice; and

   d.   if not original records, are duplicates of original records.

SIGNATURE
Print Name: _Donna Drago_

Title: _SVP_

Executed on this _1st_ day of _Feb._, 20_22_

Sworn to and subscribed before me this _1st_ day of _Feb._, 20_22_

NOTARY PUBLIC

2016R00260 - 075

### CERTIFICATION PURSUANT TO
### RULES 803(6) AND 902(11) OF THE FEDERAL RULES OF EVIDENCE

I, the undersigned business records custodian, with the understanding that I am subject to criminal penalty under the laws of the United States for an intentionally false declaration, declare that:

I am a Custodian of Records or other qualified person with _Florida Parishes Bank_

and by reason of my position am authorized and qualified to make this declaration.

The attached are records of: _Arthur J Picone_

Account No(s): _222711_

in the name(s) of: _Arthur J Picone_

for the time period(s) _2/1/2011_ through _9/2017_.

**(Attach next sheet if necessary)**

I further declare that the documents attached hereto are original records or true copies of records which:

    a.    were made at or near the time of the occurrence of the matters set forth therein, by (or from information transmitted by) a person with knowledge of those matters;

    b.    were kept in the course of regularly conducted business activity;

    c.    were made by the said business activity as a regular practice; and

    d.    if not original records, are duplicates of original records.

SIGNATURE:

Print Name: _DONNA DRAGO_

Title: _SVP_

Executed on this _1ST_ day of _Feb._, 20 _22_

Sworn to and subscribed before me this _1ST_ day of _Feb._, 20 _22_

NOTARY PUBLIC

Kelly Bollard
Notary Public ID 83671
...commission does not expire

USAO-0016378183

2016R00260 - 061

## CERTIFICATION PURSUANT TO
## RULES 803(6) AND 902(11) OF THE FEDERAL RULES OF EVIDENCE

I, the undersigned business records custodian, with the understanding that I am subject to criminal penalty under the laws of the United States for an intentionally false declaration, declare that:

I am a Custodian of Records or other qualified person with _Florida Parihus Bank_

and by reason of my position am authorized and qualified to make this declaration.

The attached are records of: _Benjamin St Angelo_

Account No(s): _Stock #209828_

in the name(s) of: _Benjamin St Angelo_

for the time period(s) _1/1/2011_ through _9/2017_ .

**(Attach next sheet if necessary)**

I further declare that the documents attached hereto are original records or true copies of records which:

    a.    were made at or near the time of the occurrence of the matters set forth therein, by (or from information transmitted by) a person with knowledge of those matters;

    b.    were kept in the course of regularly conducted business activity;

    c.    were made by the said business activity as a regular practice; and

    d.    if not original records, are duplicates of original records.

SIGNATURE

Print Name: _Donna Drago_

Title: _SVP_

Executed on this _1ST_ day of _Feb_ , 20_22_

Sworn to and subscribed before me this _1ST_ day of _Feb_, 20_22_

NOTARY PUBLIC

   USAO-0016378184

## CERTIFICATION PURSUANT TO
### RULES 803(6) AND 902(11) OF THE FEDERAL RULES OF EVIDENCE

I, the undersigned business records custodian, with the understanding that I am subject to criminal penalty under the laws of the United States for an intentionally false declaration, declare that:

I am a Custodian of Records or other qualified person with The First, ANBA

and by reason of my position am authorized and qualified to make this declaration.

The attached are records of: Ashton Joseph Ryan ,

Account No(s): 860 35537 - Loan ,

in the name(s) of: Ashton Joseph Ryan Jr. ,

for the time period(s) Aug 2017 through Present .

**(Attach next sheet if necessary)**

I further declare that the documents attached hereto are original records or true copies of records which:

a.   were made at or near the time of the occurrence of the matters set forth therein, by (or from information transmitted by) a person with knowledge of those matters;

b.   were kept in the course of regularly conducted business activity;

c.   were made by the said business activity as a regular practice; and

d.   if not original records, are duplicates of original records.

_Becky Smith_
SIGNATURE
Print Name: Becky Smith

Title: VP/Deposit Operations Mgr.

Executed on this 29th day of October , 20 19 .

Sworn to and subscribed before me this 19th day of October, 20 19 .

_Mona Kaye Viehweg_
NOTARY PUBLIC

STATE OF MISSISSIPPI
NOTARY PUBLIC
ID # 121985
MONA KAYE VIEHWEG
Commission Expires
Oct. 25, 2021
LAMAR COUNTY

# CERTIFICATE OF RECORDS

I, Isabel Irvine, a representative of IBERIABANK, do hereby certify, that the account

documents accompanying this certificate are true and correct copies of the original

records represented thereby.

Isabel Irvine
IBERIABANK
601 Poydras Street, Suite 2075
New Orleans, LA 70130
504-310-7530

SUBSCRIBED AND SWORN TO BEFORE ME THIS ___12th___ day of
___July___ , 2018.

NOTARY PUBLIC
My Commission Expires: _____At. Death_____

JENNIFER O'NEAL, Notary Public
BAR ROLL #36263
STATE OF LOUISIANA
LIFETIME COMMISSION

2016R00260 - 372

# CERTIFICATION PURSUANT TO
## RULES 803(6) AND 902(11) OF THE FEDERAL RULES OF EVIDENCE

I, the undersigned business records custodian, with the understanding that I am subject to criminal penalty under the laws of the United States for an intentionally false declaration, declare that:

I am a Custodian of Records or other qualified person with _TexasBank_

and by reason of my position am authorized and qualified to make this declaration.

The attached are records of: _TexasBank_

Account No(s): _671525 90005_

in the name(s) of: _Ashton J. Ryan_

for the time period(s) _Jan. 1, 2010_ through _Present_

**(Attach next sheet if necessary)**

I further declare that the documents attached hereto are original records or true copies of records which:

    a.    were made at or near the time of the occurrence of the matters set forth therein, by (or from information transmitted by) a person with knowledge of those matters;

    b.    were kept in the course of regularly conducted business activity;

    c.    were made by the said business activity as a regular practice; and

    d.    if not original records, are duplicates of original records.

SIGNATURE

Print Name: _Carey Stewart_

Title: _EVP_

Executed on this _20TH_ day of _Sept._ , 20_19_.

Sworn to and subscribed before me this _20th_ day of _Sept_ , 20_19_.

NOTARY PUBLIC



JODY DAVIS
NOTARY PUBLIC - STATE OF TEXAS
ID # 11899617
My Commission Expires 04-01-2020

Regions Bank
Legal Department
201 Milan Parkway
Birmingham, AL 35211

 **REGIONS**

IN THE MATTER OF

**Richard Goldenberg; Karen Goldenberg; Ashton Ryan, Jr.; Jole**
**US District Court Eastern District of Louisiana**
**2016R00260-197**
**Certificate of Origin and Authenticity**

The attached records, identified within the requested timeframe of 01/01/2009 to present, are described as follows:

**Signature card on checking account number 0143128467**

**Statements, checks, deposit, and offsets from 05/20/11 through 12/21/15 on checking account number 0143128467. Account closed 11/20/15.  No wires located on account.**

**Signature card on checking account number 0143128092**

**Statements, wires, checks, deposit, and offsets from 05/20/11 through 12/20/16 on checking account number 0143128092.  Account closed 12/13/16**

**Signature card on checking account number 00795479494**

**Statements, checks, wires, deposit, and offsets from 04/01/11 through 03/31/18 on checking account number 0079547494**

**Signature card on checking account number 9009242203**

**Statements, closing withdrawal from 04/01/11 through 04/30/13 on checking account number 9009242203.  Account closed 04/11/13.  No checks, wires or deposits located on account.**

**Statements and Regions branch loads from 12/27/13 through 12/31/15 on Regions now visa prepaid card account number 4355410260596600**

**Loan file and payment history from 01/30/09 through 11/10/11 on loan account number 24300312970000530766**

**Loan file and payment history from 01/26/09 through 07/23/14 on loan account number 24300312970000530774**

Regions Bank ("Regions"), regularly creates and maintains statements of account for accounts reflected on its records. Those statements are maintained and stored in computerized form.  Checks, deposits and other items documenting specific transactions within the individual deposit accounts reflected on Regions' records are maintained in electronic format or copied onto microfilm and maintained and stored in that format.  Signature cards, account maintenance documents, correspondence and other documents as Regions may from time to time collect relating to the accounts reflected on Regions' records are maintained and stored in microfilm, original paper form, electronically or some combination thereof.  Together, each of the computerized statements of account, microfiche copies and paper records regarding accounts reflected on Regions' records constitute original entries into Regions' business records.  Those entries are made by employees of Regions Bank in the regular and usual course of Regions' trade or business and in the regular and usual course of their duties with respect thereto.

Correspondence, credit, collateral, and other general files consist of memoranda or records of acts, transactions, occurrences, or events related to the business of Regions Bank.  Such records are made by employees of Regions Bank in the regular and usual course of Regions' trade or business and in the regular and usual course of their duties with respect thereto.  Such records are made at the time of such acts, transactions, occurrences, or events, or within a reasonable time thereafter.

Regions Bank
Legal Department
201 Milan Parkway
Birmingham, AL 35211



It is the regular and usual course of the business of Regions Bank to maintain copies of all items enclosed herewith, in and as a part of Regions' business records.  I am one of the persons designated to initiate and supervise searches of Regions' records for the purpose of making responses to legal process.  The search has been diligent and the records enclosed are believed to be complete and to comply with the subpoena.  They are true and accurate copies of the papers and records in the bank's files.

Witness my hand and seal on June 1, 2018.

Kenya Pitts
Legal Processing Section

Sworn to and subscribed before me on June 1, 2018.

Notary Public

MY COMMISSION EXPIRES JUNE 21, 2018

## CERTIFICATE OF BUSINESS RECORDS

I, Mary Beth Yanulis, Esq., do hereby attest under penalty of perjury as follows:

1.  I am employed as a Vice President in Morgan Stanley's Legal and Compliance Division, Morgan Stanley Services Group Inc. (the "Firm"), which performs legal services for and represents Morgan Stanley Smith Barney LLC, Morgan Stanley & Co. LLC, Morgan Stanley Bank NA and Morgan Stanley Private Bank National Association, E*TRADE Securities LLC, Solium Capital LLC and other Morgan Stanley entities. I have been employed in Morgan Stanley's Legal and Compliance Division since April 2010. As part of my duties providing legal services for the Firm, I am familiar with the records of the Firm and its affiliates.

2.  Each of the documents produced on June 28, 2018 is a true duplicate of the original record in the custody of the Firm.

3.  I further state that:

    a.  all records described in this certificate were made at or near the time of the occurrence of the matter set forth in such record by or from information transmitted by, a person with knowledge of those matters;

    b.  such records were kept in the course of a regularly conducted business activity of the Firm; and

    c.  such records were made by the Firm as a regular practice.

December 20, 2022

Mary Beth Yanulis, Esq.
Morgan Stanley Legal & Compliance
100 South Charles Street, 4th Floor
Baltimore, MD 21201

STATE OF MISSISSIPPI

COUNTY OF HARRISON

**AFFIDAVIT**
**OF CUSTODIAN OF RECORDS**

**Customer Name as described in Subpoena;**

Jeffrey Dunlap et al

**Case No.** USDC-EDLA; 2016R00260-048

**DOL#** 10202

PERSONALLY CAME AND APPEARED before me, notary public in and for the aforesaid county/parish and

state, Mia Nadeau/Legal Specialist and states as follows:

1. That the Affiant is a duly authorized custodian of the records of the Deposit Services Department, Hancock
   Bank | Whitney Bank and has authority to certify the records of said Bank.

2. That the copies of the records provided with this Affidavit are true and correct copies of the original records,
   kept in the ordinary course of business, represented thereby.

3. That the records being supplied herewith were prepared by, and/or under the direction of the undersigned by
   authorized officers of Bank.

4. That the reasonable charges of Hancock Bank | Whitney Bank for furnishing such copies of the records are
   $115.50.

_____
Affiant's Signature

SWORN TO AND SUBSCRIBED BEFORE ME on this the 4 day of October, 2017.

_____
Notary Public

My Commission Expires

STATE OF MISSISSIPPI
NOTARY PUBLIC
ID # 117326
JACQUELINE N. NORTHRUP
Commission Expires
08/07/2020
HARRISON COUNTY

Rev. JAN 2017

STATE OF MISSISSIPPI
COUNTY OF HARRISON

**AFFIDAVIT**
**OF CUSTODIAN OF RECORDS**

**Customer Name as described in Subpoena;**

Warren Treme et al
**Case No.** 2016R00260-055

**DOL#** 10193

      PERSONALLY CAME AND APPEARED before me, notary public in and for the aforesaid county/parish and state,

         Brianna West, Legal Specialist

and states as follows:

1. That the Affiant is a duly authorized custodian of the records of the Deposit Services Department, Hancock Bank | Whitney Bank and has authority to certify the records of said Bank.

2. That the copies of the records provided with this Affidavit are true and correct copies of the original records, kept in the ordinary course of business, represented thereby.

3. That the records being supplied herewith were prepared by, and/or under the direction of the undersigned by authorized officers of Bank.

_____
Affiant's Signature

      SWORN TO AND SUBSCRIBED BEFORE ME on this the 12 day of September, 2017.

_____
Notary Public

My Commission Expires:

**NOTARY PUBLIC SEAL:**
STATE OF MISSISSIPPI
NOTARY PUBLIC
ID # 117326
JACQUELINE N. NORTHRUP
Commission Expires
08/07/2020
HARRISON COUNTY

Rev. JAN 2017

2016R00260 - 230

## CERTIFICATION PURSUANT TO
## <u>RULES 803(6) AND 902(11) OF THE FEDERAL RULES OF EVIDENCE</u>

I, the undersigned business records custodian, with the understanding that I am subject to criminal penalty under the laws of the United States for an intentionally false declaration, declare that:

I am a Custodian of Records or other qualified person with   First American Bank and Trust and by reason of my position am authorized and qualified to make this declaration.

The attached are records of:   First American Bank and Trust

Account No(s):   9010092 .

in the name(s) of:   Warren Treme ,

for the time period(s)   Jan. 1, 2006   through   July, 2018 .

**(Attach next sheet if necessary)**

I further declare that the documents attached hereto are original records or true copies of records which:

  a.   were made at or near the time of the occurrence of the matters set forth therein, by (or from information transmitted by) a person with knowledge of those matters;

  b.   were kept in the course of regularly conducted business activity;

  c.   were made by the said business activity as a regular practice; and

  d.   if not original records, are duplicates of original records.

SIGNATURE
Print Name:

FIRST AMERICAN BANK AND TRUST
MALCOLM J. PEYTAVIN
EXECUTIVE VICE PRESIDENT

Title:

Executed on this  6th day of   August , 20 18 .

Sworn to and subscribed before me this  6th day of  Agust , 20 18 .

NOTARY PUBLIC

PAGE 1 of 2

2016R00260 - 230

The attached are records of: First American Bank and Trust,

Account No(s).: 4461535 , 9111255 , 9080619, 9118136

in the name(s) of: WADSWORTH ESTATES, LLC,

for the time period(s) JAN. 1, 2006 through July, 2018.


The attached are records of: First American Bank and Trust,

Account No(s).: 4439319, 9010432, 4599904, 4634618 & 4617733

in the name(s) of: R. BEND ESTATES II LLC,

for the time period(s) Jan. 1, 2006 through July, 2018.


The attached are records of: First American Bank and Trust,

Account No(s).: 9 010 440

in the name(s) of: R BEND ESTATES HOMES, LLC

for the time period(s) JAN. 1, 2006 through JULY, 2018.


The attached are records of: First AMERICAN Bank and TRUST

Account No(s).: 0 800023 (CASHIER'S CHECKS)

in the name(s) of: WADSWORTH Estates, LLC; Warren Treme and R Bend Estates II LLC

for the time period(s) JAN. 1, 2006 through JULY, 2018.


The attached are records of: First American Bank and Trust

Account No(s).: 4625290

in the name(s) of: R BEND ESTATES II LLC.

for the time period(s) Jan. 1, 2006 through JULY, 2018.

FIRST AMERICAN BANK AND TRUST
**MALCOLM J. PEYTAVIN**
EXECUTIVE VICE PRESIDENT

PAGE 2 of 2

## CERTIFICATION PURSUANT TO
## RULES 803(6) AND 902(11) OF THE FEDERAL RULES OF EVIDENCE

I, the undersigned business records custodian, with the understanding that I am subject to criminal penalty under the laws of the United States for an intentionally false declaration, declare that:

I am a Custodian of Records or other qualified person with _Seago + Carmichael, aPLC_ and by reason of my position am authorized and qualified to make this declaration.

The attached are records of: _Records + or files related to Warren Treme, John Treme, + Gustave E Treme from June to December 2012._
Account No(s): _____.

in the name(s) of: _the above named individuals_ .

for the time period(s) _June, 2012_ through _November, 2012_ .

**(Attach next sheet if necessary)**

I further declare that the documents attached hereto are original records or true copies of records which:

    a.    were made at or near the time of the occurrence of the matters set forth therein, by (or from information transmitted by) a person with knowledge of those matters;

    b.    were kept in the course of regularly conducted business activity;

    c.    were made by the said business activity as a regular practice; and

    d.    if not original records, are duplicates of original records.

_____
SIGNATURE
Print Name: _John E. Seago_
Title: _Pres._

Executed on this _6th_ day of _July_ , 20_20_.

Sworn to and subscribed before me this _6th_ day of _July_ , 20_20_.

_____
NOTARY PUBLIC

STATE OF MISSISSIPPI

COUNTY OF HARRISON

## AFFIDAVIT
## OF CUSTODIAN OF RECORDS

**Customer Name as described in Subpoena;**

Rebecca Sue Burford

**Case No.** 2016R00260

DOL# 10614

PERSONALLY CAME AND APPEARED before me, notary public in and for the aforesaid county/parish and state, La Verne Jordan/Legal Specialist and states as follows:

1. That the Affiant is a duly authorized custodian of the records of the Deposit Services Department, Hancock Bank | Whitney Bank and has authority to certify the records of said Bank.

2. That the copies of the records provided with this Affidavit are true and correct copies of the original records, kept in the ordinary course of business, represented thereby.

3. That the records being supplied herewith were prepared by, and/or under the direction of the undersigned by authorized officers of Bank.

4. That the reasonable charges of Hancock Bank | Whitney Bank for furnishing such copies of the records are $38.50.

_____
Affiant's Signature

SWORN TO AND SUBSCRIBED BEFORE ME on this the 13th day of April, 2018.

_____
Notary Public

My Commission Expires:

_____

STATE OF MISSISSIPPI
NOTARY PUBLIC
ID # 106946
BRIANNA WEST
Commission Expires
12/10/2021
HARRISON COUNTY

Rev. JAN 2017

STATE OF MISSISSIPPI

COUNTY OF HARRISON

# AFFIDAVIT
## OF CUSTODIAN OF RECORDS

**Customer Name as described in Subpoena;**

Gregory St. Angelo et. al.

**Case No.** 2016R00260-067

DOL# 10215

      PERSONALLY CAME AND APPEARED before me, notary public in and for the aforesaid county/parish and state,

              Brianna West, Legal Specialist

and states as follows:

1. That the Affiant is a duly authorized custodian of the records of the Deposit Services Department, Hancock Bank ¦ Whitney Bank and has authority to certify the records of said Bank.

2. That the copies of the records provided with this Affidavit are true and correct copies of the original records, kept in the ordinary course of business, represented thereby.

3. That the records being supplied herewith were prepared by, and/or under the direction of the undersigned by authorized officers of Bank.

_____
Affiant's Signature

SWORN TO AND SUBSCRIBED BEFORE ME on this the 4 day of October, 2017.

_____
Notary Public

My Commission Expires

STATE OF MISSISSIPPI
NOTARY PUBLIC
ID # 117326
JACQUELINE N. NORTHRUP
Commission Expires
08/07/2020
HARRISON COUNTY

Rev. JAN 2017

# AFFIDAVIT

### Case No. : 2016R00260

Shelley D Cook , certifies and declares as follows:

1. I am over the age of 18 years and not a party to this action.
2. My business address is 14800 Frye Road, Fort Worth, Texas 76155.
3. I am a custodian of records for JPMorgan Chase Bank, N.A. in the National Subpoena Processing Department located in Fort Worth, Texas.
4. Based on my knowledge of JPMorgan Chase Bank, N.A. 's business records practices and procedures, the enclosed records are a true and correct copy of the original documents kept by JPMorgan Chase Bank, N.A. in the ordinary course of business.
5. Based on my knowledge of JPMorgan Chase Bank, N.A. 's business records practices and procedures, the records were made at or near the time of the occurrence of the matters set forth in the records by, or from information transmitted by, a person with knowledge of those matters.
6. It is the regular practice of JPMorgan Chase Bank, N.A. to make such a record of transactions in the ordinary course of business.

I declare under penalty of perjury, under the laws of the State of Texas, that the foregoing is true and correct.

Dated: 9/26/17

By: _Shelley D Cook_

Shelley D Cook
Doc Review Sr Specialist II
Texas Subpoena Processing

Sworn to before me this 26 day of September 20 17

Notary Public

04/12/2020
Commission Expires

MICHAEL RUNNELS
Notary ID # 130622753
My Commission Expires
April 12, 2020

SD_SwornDocumentExecution_000115590048
SB850805-F1

STATE OF MISSISSIPPI

COUNTY OF HARRISON

**AFFIDAVIT**
**OF CUSTODIAN OF RECORDS**

**Customer Name as described in Subpoena;**

<u>Benjamin Picone et al</u>

**Case No.** <u>2016R00260-62</u>

**DOL#** <u>10210</u>

PERSONALLY CAME AND APPEARED before me, notary public in and for the aforesaid county/parish and

state, <u>Josh Brashear/Legal Specialist</u> (name/title) and states as follows:

1. That the Affiant is a duly authorized custodian of the records of the <u>Deposit Services Department</u>, Hancock Bank | Whitney Bank and has authority to certify the records of said Bank.

2. That the copies of the records provided with this Affidavit are true and correct copies of the original records, kept in the ordinary course of business, represented thereby.

3. That the records being supplied herewith were prepared by, and/or under the direction of the undersigned by authorized officers of Bank.

4. That the reasonable charges of Hancock Bank | Whitney Bank for furnishing such copies of the records are $<u>88.00</u>.

_____
Affiant's Signature

SWORN TO AND SUBSCRIBED BEFORE ME on this the 26th day of _September, 2017.

_____
Notary Public

My Commission Expires:

ID # 117326

JACQUELINE N. NORTHRUP

Commission Expires
08/07/2020

WhitneyHancock_BAP-000001

STATE OF MISSISSIPPI

COUNTY OF HARRISON

## AFFIDAVIT
## OF CUSTODIAN OF RECORDS

**Customer Name as described in Subpoena;**

<u>Frank J. Adolph et al</u>

**Case No.** <u>USDC-EDLA; 2016R00260-056</u>

DOL# <u>10191</u>

PERSONALLY CAME AND APPEARED before me, notary public in and for the aforesaid county/parish and state, <u>Mia Nadeau/Legal Specialist</u> and states as follows:

1.  That the Affiant is a duly authorized custodian of the records of the <u>Deposit Services Department</u>, Hancock Bank | Whitney Bank and has authority to certify the records of said Bank.

2.  That the copies of the records provided with this Affidavit are true and correct copies of the original records, kept in the ordinary course of business, represented thereby.

3.  That the records being supplied herewith were prepared by, and/or under the direction of the undersigned by authorized officers of Bank.

4.  That the reasonable charges of Hancock Bank | Whitney Bank for furnishing such copies of the records are $<u>16.50</u>.

_____
Affiant's Signature

SWORN TO AND SUBSCRIBED BEFORE ME on this the <u>28</u> day of <u>September</u>, 2017.

_____
Notary Public

My Commission Expires

_____

Rev. JAN 2017

2016R00260 - 262

## CERTIFICATION PURSUANT TO
## RULES 803(6) AND 902(11) OF THE FEDERAL RULES OF EVIDENCE

I, the undersigned business records custodian, with the understanding that I am subject to criminal penalty under the laws of the United States for an intentionally false declaration, declare that:

I am a Custodian of Records or other qualified person with _Frank Adolph LLC_

and by reason of my position am authorized and qualified to make this declaration.

The attached are records of: _Frank Adolph LLC_,

Account No(s): _____,

in the name(s) of: _____,

for the time period(s) _2009_ through _Oct, 10, 2018_.

**(Attach next sheet if necessary)**

I further declare that the documents attached hereto are original records or true copies of records which:

a.     were made at or near the time of the occurrence of the matters set forth therein, by (or from information transmitted by) a person with knowledge of those matters;

b.     were kept in the course of regularly conducted business activity;

c.     were made by the said business activity as a regular practice; and

d.     if not original records, are duplicates of original records.

_____
SIGNATURE
Print Name: _Frank Adolph_

Title: _President_

Executed on this _10_ day of _Oct_, 20 _18_.

Sworn to and subscribed before me this _10_ day of _Oct_, 20 _18_.

_____
NOTARY PUBLIC

STEVEN J. KOEHLER
NOTARY PUBLIC #7809

2016R00260 - 262

The attached are records of:_____,

Account No(s).:_____,

 in the name(s) of:_____,

for the time period(s) _____ through _____.


The attached are records of:_____,

Account No(s).:_____,

 in the name(s) of:_____,

for the time period(s) _____ through _____.


The attached are records of:_____,

Account No(s).:_____,

 in the name(s) of:_____,

for the time period(s) _____ through _____.


The attached are records of:_____,

Account No(s).:_____,

 in the name(s) of:_____,

for the time period(s) _____ through _____.


The attached are records of:_____,

Account No(s).:_____,

 in the name(s) of:_____,

for the time period(s) _____ through _____.

FrankAdolph-000001                                    USAO-0000149057

## AFFIDAVIT

### Case No. : 2016R00260 - 321

Gregory A Bieniak, certifies and declares as follows:

1. I am over the age of 18 years and not a party to this action.

2. My business address is 14800 Frye Road, Fort Worth, Texas 76155.

3. I am a Doc Review Sr. Specialist I and Custodian of Records for JPMorgan Chase Bank, N.A. (hereinafter referred to as the "Bank") in the National Subpoena Processing Department located in Fort Worth, Texas.

4. Based on my knowledge of the Bank's business records practices and procedures, the enclosed records are a true and correct copy of the original documents kept by the Bank in the ordinary course of business.

5. Based on my knowledge of the Bank's business records practices and procedures, the records were made at or near the time of the occurrence of the matters set forth in the records by, or from information transmitted by a person with knowledge of those matters.

6. It is the regular practice of the Bank to make such a record of transactions in the ordinary course of business.

I declare under penalty of perjury, under the laws of the State of Texas, that the foregoing is true and correct.

Dated: 6·17·19          By: _Gregory A Bieniak_

Gregory A Bieniak
Doc Review Sr. Specialist I
National Subpoena Processing

Sworn to before me this 17 day of June , 20 19 .

_Jennifer_
Notary Public

1/29/2023
Commission Expires

JENNIFER GIBSON
Notary ID #131872366
My Commission Expires
January 29, 2023

SD_SwornDocumentExecution_000187720022
SB1036834-F1

**DECLARATION OF QUALIFIED PERSON**
**CERTIFYING THE AUTHENTICITY OF DOMESTIC BUSINESS**
**RECORDS AND/OR INFORMATION REFLECTED IN SYSTEMS OF**
**RECORD PURSUANT TO FEDERAL RULES OF EVIDENCE 803(6) & 902(11)**

I, the below-signed Declarant, declare under penalty of perjury and pursuant to 28 U.S.C. § 1746 that the information contained in this declaration is true and correct.  I am employed by **Capital One Services, LLC**, and in this position I have personal knowledge of the business records and systems of record of and am a qualified person authorized to declare and certify on behalf of **Capital One Bank (USA), N.A. and Capital One, N.A. ("Capital One")** the following in accordance with Federal Rules of Evidence 803(6) and 902(11):

1.      This Declaration is made in conjunction with Capital One's response to the Grand Jury subpoena issued by **AUSA Sharon Lieberman** in the matter of **2016R00260 - 165** dated **February 26, 2018** ("Subpoena").

2.      The documents and/or information attached hereto represent such documents and/or information responsive to any reasonable request of the Subpoena as returned from a reasonably diligent search of Capital One's systems of record and are true and accurate duplicates of the original business records maintained by Capital One and/or true and accurate representations of the information reflected in Capital One's systems of record.

3.      In accordance with Federal Rule of Evidence 902(11), I certify that the documents and/or information reflected in Capital One's systems of record attached hereto:

(A)      were made and/or entered in Capital One's systems of record at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;

(B)      were kept and/or entered in its systems of record in the course of the regularly conducted business activity of Capital One; and

(C)      were made and/or entered in its systems of record by Capital One as a regular practice during its regularly conducted business activity.

4.      Capital One is providing the records and/or information attached hereto to the requested agent of the United States Government, as directed by the Subpoena, to take custody of and present the documents and/or information to the Grand Jury in lieu of an actual appearance by Capital One before the Grand Jury.  Capital One understands that this is voluntary on Capital One's part and that Capital One may appear before the Grand Jury with expenses paid, as provided by the applicable U.S. statutes.

I declare under penalty of perjury and pursuant to 28 U.S.C. § 1746 that the foregoing information contained in this declaration is true and correct.  Executed as of the below date.

_____                    _____04/16/2018_____
Signature of Declarant                                              Date of Declaration

_____Shearico H. White_____
Printed Name of Declarant

*For Capital One Use Only*
File #: **201806158**

STATE OF MISSISSIPPI

COUNTY OF HARRISON

## AFFIDAVIT
## OF CUSTODIAN OF RECORDS

**Customer Name as described in Subpoena;**

Gary Gibbs et al

**Case No.** 2016R00260-69

DOL# 10271

PERSONALLY CAME AND APPEARED before me, notary public in and for the aforesaid county/parish and state,

Brianna West, Legal Specialist

and states as follows:

1. That the Affiant is a duly authorized custodian of the records of the Deposit Services Department, Hancock Bank | Whitney Bank and has authority to certify the records of said Bank.

2. That the copies of the records provided with this Affidavit are true and correct copies of the original records, kept in the ordinary course of business, represented thereby.

3. That the records being supplied herewith were prepared by, and/or under the direction of the undersigned by authorized officers of Bank.

_____

Affiant's Signature

SWORN TO AND SUBSCRIBED BEFORE ME on this the 16 day of October, 2017.

_____

Notary Public

My Commission Expires:

STATE OF MISSISSIPPI
NOTARY PUBLIC
ID # 111782
JACQUELINE N. NORTHRUP
Commission Expires
08/07/2020
HARRISON COUNTY

Rev. JAN 2017

STATE OF MISSISSIPPI

COUNTY OF HARRISON

## AFFIDAVIT
## OF CUSTODIAN OF RECORDS

**Customer Name as described in Subpoena;**

<u>Crittenden et al</u>

**Case No.** <u>2016R00260-063</u>

DOL# <u>10211</u>

PERSONALLY CAME AND APPEARED before me, notary public in and for the aforesaid county/parish and state,

Brianna West, Legal Specialist

and states as follows:

1. That the Affiant is a duly authorized custodian of the records of the <u>Deposit Services Department</u>, Hancock Bank | Whitney Bank and has authority to certify the records of said Bank.

2. That the copies of the records provided with this Affidavit are true and correct copies of the original records, kept in the ordinary course of business, represented thereby.

3. That the records being supplied herewith were prepared by, and/or under the direction of the undersigned by authorized officers of Bank.

_____
Affiant's Signature

SWORN TO AND SUBSCRIBED BEFORE ME on this the 18 day of September, 2017.

_____
Notary Public

My Commission Expires

STATE OF MISSISSIPPI
NOTARY PUBLIC
ID # 117326
JACQUELINE N. NORTHRUP
Commission Expires
08/07/2020
HARRISON COUNTY

_____

Rev. JAN 2017

STATE OF MISSISSIPPI

COUNTY OF HARRISON

**AFFIDAVIT**
**OF CUSTODIAN OF RECORDS**

**Customer Name as described in Subpoena;**

James Kevin Alker et al

**Case No.** USDC-EDLA;2016R00260-064

**DOL#** 10212

PERSONALLY CAME AND APPEARED before me, notary public in and for the aforesaid county/parish and state, Mia Nadeau/Legal Specialist and states as follows:

1. That the Affiant is a duly authorized custodian of the records of the Deposit Services Department, Hancock Bank | Whitney Bank and has authority to certify the records of said Bank.

2. That the copies of the records provided with this Affidavit are true and correct copies of the original records, kept in the ordinary course of business, represented thereby.

3. That the records being supplied herewith were prepared by, and/or under the direction of the undersigned by authorized officers of Bank.

4. That the reasonable charges of Hancock Bank | Whitney Bank for furnishing such copies of the records are $49.50.

_____
Affiant's Signature

SWORN TO AND SUBSCRIBED BEFORE ME on this the 28th day of September, 2017.

_____
Notary Public

My Commission Expires
_____

STATE OF MISSISSIPPI
NOTARY PUBLIC
ID # 117326
JACQUELINE N. NORTHRUP
Commission Expires
08/07/2020
HARRISON COUNTY

Rev. JAN 2017

STATE OF MISSISSIPPI

COUNTY OF HARRISON

## AFFIDAVIT
## OF CUSTODIAN OF RECORDS

**Customer Name as described in Subpoena;**

Arvind Vira et al

**Case No.** 2016R00260-431

DOL# 11680

PERSONALLY CAME AND APPEARED before me, notary public in and for the aforesaid county/parish and state, Brianna West, Legal Specialist and states as follows:

1.  That the Affiant is a duly authorized custodian of the records of the Deposit Services Department, Hancock Whitney Bank and has authority to certify the records of said Bank.

2.  That the copies of the records provided with this Affidavit are true and correct copies of the original records, kept in the ordinary course of business, represented thereby.

3.  That the records being supplied herewith were prepared by, and/or under the direction of the undersigned by authorized officers of Bank.

Affiant's Signature

SWORN TO AND SUBSCRIBED BEFORE ME on this the 6 day of November, 2019.

Notary Public

My Commission Expires:

ID # 117326

JACQUELINE N. NORTHRUP

Commission Expires
08/07/2020

Rev. JAN 2017

## AFFIDAVIT

### Case No. : 2016R00260-433

Teresa Waggoner, certifies and declares as follows:

1. I am over the age of 18 years and not a party to this action.

2. My business address is 7610 West Washington Street, Indianapolis, Indiana 46231.

3. I am a Doc Review Sr Specialist II and Custodian of Records for JPMorgan Chase Bank, N.A. (hereinafter referred to as the "Bank") in the National Subpoena Processing Department located in Indianapolis, Indiana.

4. Based on my knowledge of the Bank's business records practices and procedures, the enclosed records are a true and correct copy of the original documents kept by the Bank in the ordinary course of business.

5. Based on my knowledge of the Bank's business records practices and procedures, the records were made at or near the time of the occurrence of the matters set forth in the records by, or from, information transmitted by a person with knowledge of those matters.

6. It is the regular practice of the Bank to make such a record of transactions in the ordinary course of business.

I declare under penalty of perjury, under the laws of the State of Indiana, that the foregoing is true and correct.

Dated: 11/25/2019

By: _____
Teresa Waggoner
Doc Review Sr Specialist II
National Subpoena Processing

Sworn to before me this 25th day of NOVEMBER, 20 19.

_____
Notary Public

Jun 16, 2027
Commission Expires

GENE NICOL
Notary Public - Seal
Hancock County - State of Indiana
Commission Number NP0717990
My Commission Expires Jan 16, 2027

SD_SwornDocumentExecution_000205960068
SB1081994-F1

JPMorganChase_Vira-000001          USAO-0013289725



**Deposit Services - Legal**

P.O. Box 4019, Gulfport, MS  39502
1-800-448-8812

<u>depopslegalspecialist@hancockwhitney.com</u>

October 21, 2019

AUSA Sharan E. Lieberman
U.S. Attorney's Office
650 Poydras St., Ste. 1600
New Orleans, LA 70130

**RE:**   Grand Jury Subpoena in the matter of acct # 110092030 - First NBC Collateral Control
Account - Franco Development/New Orleans Famous Beignets
CASE#: USDC-EDLA; No. 2016R00260-410
DOL#:   11645

Dear Sir or Madam:

   Due to the volume of records requested, the production has been burned to an encrypted CD.  Please
contact Deposit Operations-Legal at the above email address to obtain the password necessary to gain access
to the enclosed CD.  The production is provided to the extent that those records sought are within our
possession or control.

   If you have any questions, please contact the undersigned associate.

Very truly yours,

**Hancock Whitney Bank**

Enclosure

STATE OF MISSISSIPPI

COUNTY OF HARRISON

## AFFIDAVIT
## OF CUSTODIAN OF RECORDS

**Customer Name as described in Subpoena;**

<u>Franco Development/New Orleans Famous Beignets</u>

**Case No.** <u>2016R00260-410</u>

DOL# <u>11645</u>

PERSONALLY CAME AND APPEARED before me, notary public in and for the aforesaid county/parish and state, <u>Brianna West, Legal Specialist</u> and states as follows:

1. That the Affiant is a duly authorized custodian of the records of the <u>Deposit Services Department</u>, Hancock Whitney Bank and has authority to certify the records of said Bank.

2. That the copies of the records provided with this Affidavit are true and correct copies of the original records, kept in the ordinary course of business, represented thereby.

3. That the records being supplied herewith were prepared by, and/or under the direction of the undersigned by authorized officers of Bank.

Affiant's Signature

SWORN TO AND SUBSCRIBED BEFORE ME on this the <u>21</u> day of <u>October</u>, 2019.

Notary Public

My Commission Expires:

STATE OF MISSISSIPPI
NOTARY PUBLIC
ID # 117326
JACQUELINE N. NORTHRUP
Commission Expires
08/07/2020
HARRISON COUNTY

Rev. JAN 2017

2016R00260 - 473

## CERTIFICATION PURSUANT TO
## RULES 803(6) AND 902(11) OF THE FEDERAL RULES OF EVIDENCE

I, the undersigned business records custodian, with the understanding that I am subject to criminal penalty under the laws of the United States for an intentionally false declaration, declare that:

I am a Custodian of Records or other qualified person with  SBN V FNBC LLC

and by reason of my position am authorized and qualified to make this declaration.

The attached are records of:  SBN V FNBC LLC                            ,

Account No(s): 1000057568,1000058140,1000074024,1000074112,1000074233,1000090392,1000090634,1000090678

in the name(s) of: Franco Development LLC, Bouche LLC, Press it #1 New Orleans LLC, and Jason Doyle

for the time period(s)  October 18, 2017        through  January 9, 2020                .

**(Attach next sheet if necessary)**

I further declare that the documents attached hereto are original records or true copies of records which:

    a.    were made at or near the time of the occurrence of the matters set forth therein, by (or from information transmitted by) a person with knowledge of those matters;

    b.    were kept in the course of regularly conducted business activity;

    c.    were made by the said business activity as a regular practice; and

    d.    if not original records, are duplicates of original records.

SIGNATURE

Print Name:  Brian Shloss

Title:  Authorized Representative for SBN V FNBC LLC

Executed on this _16th_ day of _December_, 20 22 .  but effective as of the delivery of the aforementioned documents on January 9, 2020

Sworn to and subscribed before me this _16th_ day of _December_, 2020 .

NOTARY PUBLIC

ANITA JO DENTON
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20204031072
MY COMMISSION EXPIRES SEPTEMBER 9, 2024