MINUTE ENTRY
FALLON, J.
JANUARY 9, 2023

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 20-65 |
| ASHTON RYAN, JR., and FRED V. BEEBE | SECTION: L (4) |

BEFORE JUDGE ELDON E. FALLON　　　　　Monday, January 9, 2023, 8:51am
Case Manager: Dean Oser
Court Reporter: Jodi Simcox

Appearances:　Matthew Payne, Esq., Nicholas Moses, Esq. and Ryan McLaren, Esq. for the Government
　　　　　　　Edward Castaing, Jr., Esq., Peter Castaing, Esq. and Deborah Pearce, Esq., for Defendant Ashton Ryan, Jr.
　　　　　　　Sara Johnson, Esq. and Ethan Balogh, Esq. for Defendant Fred Beebe

## JURY TRIAL
Case called; all present and ready.
Notice for Removal of Exhibits distributed to all counsel.
Jury called, sworn on Oath of Voir Dire, and being found acceptable, sworn on Oath to Truly Try Case.

Court adjourned at 6:30pm until Tuesday, January 10, 2023, at 8:15am

JS10:　7:57